**Supreme Court, New York Special Term. Reported N. Y. L. J. April 30, 1901.**

PEOPLE ex rel. PATRICK WALSH *v.* GEORGE HILLIARD, as Special Deputy Commissioner of Excise.

*Kugelman & Kohn,* for plaintiff.

*H. H. Kellogg,* for defendant.

TRUAX, J. Motion granted on the authority of the *Matter of Moulton* (69 N. Y. Supp. 14) and the *Matter of Hawkins* (165 N. Y. 188).

Settle order on notice.